PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY REYES,<br><br>           Plaintiff,<br><br>   v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>           Defendant. | Case No.: 2:24-cv-00426-CKD<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

      On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; reconsider the pertinent issues, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings; develop the record as necessary; and issue a new

decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                  Respectfully submitted,

DATE: July 1, 2024                       */s/ Francesco P. Benavides* *
                                                  FRANCESCO P. BENAVIDES,
                                                  Attorney for Plaintiff
                                                  (* approved via email on 6/27/24)

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

DATE: July 1, 2024              By     *s/ Marcelo Illarmo*
                                                  MARCELO ILLARMO
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

## **ORDER**

      Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

July 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE